In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-569 CV


____________________



FACILITY INSURANCE CORP., as SUCCESSOR IN INTEREST TO


THE TEXAS WORKERS' COMPENSATION ASSIGNED RISK POOL,


Appellant



V.



ANTHONY ZENON


and NEUROBEHAVIORAL RESOURCES, LTD., Appellees






On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. B-169,540






MEMORANDUM OPINION


 The appellant, Facility Insurance Corp., as Successor in Interest to the Texas Workers'
Compensation Assigned Risk Pool, and the appellees, Anthony Zenon and Neurobehavioral
Resources, Ltd., ask this Court to vacate the judgment of the trial court, and remand the cause
for entry of a judgment in accordance with the parties' agreement. The Court finds the
motion complies with Tex. R. App. P. 42.1(a)(2). 

 It is, therefore, ORDERED that the judgment of the trial court is vacated without
reference to the merits and the cause is remanded to the 60th District Court of Jefferson
County, Texas, for further proceedings in accordance with the parties' settlement agreement. 
Costs are assessed against the party incurring such costs.

 VACATED AND REMANDED.

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered February 1, 2007

Before McKeithen, C.J., Kreger and Horton, JJ.